UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOON HONG *and* MYEONG-KIL KIM,

      Plaintiffs,

– against –

JEN DEMBLE FORD,

      Defendant.

**ORDER**

24 Civ. 8947 (ER)

Ramos, D.J.:

  This action was filed on November 22, 2024. Doc. 1. A certificate of service on Ms. Ford, dated December 4, 2024, was entered on the docket on December 19, 2024. Doc. 6. Since then, there has been no further activity in this case.

  Plaintiffs are therefore instructed to submit a status report by no later than September 11, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: September 4, 2025
    New York, New York

                     EDGARDO RAMOS, U.S.D.J.