UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOON HONG *and* MYEONG-KIL KIM,

                    Plaintiffs,

        – against –

JEN DEMBLE FORD,

                    Defendant.

**ORDER**

24 Civ. 8947 (ER)

Ramos, D.J.:

        This action was filed on November 22, 2024.  Doc. 1.  A certificate of service, dated December 4, 2024, was entered on the docket on December 19, 2024.  Doc. 6.  On September 4, 2025, the Court issued an order directing Plaintiffs to file a status report by September 11, 2025, and stating that failure to do so may result in dismissal of the action.  Doc. 7.  On September 11, 2025, Plaintiffs filed a letter stating that they intended to file a request for entry of default judgment.  Doc. 8.  Since then, there has been no further activity in this case.

        Plaintiffs are instructed to submit a status report by no later than April 14, 2026.  Failure to do so will result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   April 7, 2026
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.